```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
  MICHAEL AGUIRRE,                                          :
                                    Plaintiff,              :
                                                            :         22 Civ. 4818 (LGS)
                 -against-                                  :
                                                            :              ORDER
  MARDAVE MANAGEMENT INC., et al.,                          :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 8, 2022, the Court was informed that the parties have reached a settlement agreement in principle. It is hereby

**ORDERED** that, by **January 6, 2023**, the parties shall submit: (*i*) the settlement agreement to the Court; and (*ii*) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199, 206 (2d Cir. 2015*)*; *Wolinsky v. Scholastic Inc*., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). It is further

**ORDERED** that all conferences and trial are **CANCELED**.

Dated: December 9, 2022
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**