# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**             Tel: 718-740-1000
Email: abdul@abdulhassan.com          Fax: 718-740-2000
*Employment and Labor Lawyer*       Web: www.abdulhassan.com

**January 6, 2023**

Via ECF

Hon. Lorna G. Schofield, USDJ
United States District Court, SDNY
500 Pearl Street
New York, NY 10007
Tel: (212) 805-0288

Application **GRANTED**.  The deadline for the parties to file their *Cheeks* materials is extended to **January 20, 2023**.

Dated: January 9, 2023
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**<u>Re: Aguirre v. Mardave Management Inc. et al</u>**
    **Case No: 22-CV-04818 (LGS)(JW)**
    **Motion for Extension of Time**

Dear Judge Schofield:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the January 6, 2023, deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement language. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    Defense Counsels via ECF